# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>                Plaintiff,<br><br>        v.<br><br>GURCHARAN RAKKAR, et al.<br><br>                Defendants. | Case No. 1:13-cv-00188-LJO-SAB<br><br>ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE SANCTIONED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>RESPONSE DUE BY FRIDAY, MAY 3, 2013 at 4:00 p.m. |

On February 6, 2013, the Court issued an Order Setting Mandatory Scheduling Conference setting a scheduling conference on calendar for May 7, 2013 at 9:00 a.m. (ECF No. 5.) The Court ordered the parties to prepare and execute a Joint Scheduling Report one week prior to the scheduling conference. (Order Setting Mandatory Scheduling Conference 2:11-13.)

On April 30, 2013, Plaintiff filed a scheduling report and indicated that Defendants did not participate in its preparation. (ECF No. 10.) Plaintiff submitted a declaration indicating that Plaintiff's counsel attempted to contact Defendants' counsel about the Joint Scheduling Report, but Defendants' counsel did not respond.

In light of Defendants' apparent failure to comply with the Court's February 6 order, the Court will order Defendants to show cause why sanctions should not be imposed for their failure to participate in the preparation of a Joint Scheduling report. The Court will also order Defendants to prepare and file a Joint Scheduling Report. Defendants shall coordinate with

1

Plaintiff for the content of the report, but Defendants shall be responsible for writing and filing it. Defendants' response to this order to show cause and the Joint Scheduling Report shall be filed no later than 4:00 p.m. on Friday, May 3, 2013.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Defendants shall SHOW CAUSE why sanctions should not be imposed for their failure to comply with the Court's February 6 order;
2. Defendants shall prepare and file a Joint Scheduling Report; and
3. Defendants' response to this order to show cause and the Joint Scheduling Report shall be filed no later than 4:00 p.m. on Friday, May 3, 2013.

IT IS SO ORDERED.

Dated:   **May 1, 2013**

UNITED STATES MAGISTRATE JUDGE