# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>           Plaintiff,<br><br>      v.<br><br>GURCHARAN RAKKAR, et al.<br><br>           Defendants. | Case No.  1:13-cv-00188-LJO-SAB<br><br>ORDER STRIKING DEFENDANTS' JOINT SCHEDULING REPORTS<br><br>ECF NOS. 12, 13 |

On May 1, 2013, the Court ordered Defendants Gurcharan Rakkar, Ryan John Cloud and Stephen Ronald Cloud, Jr. ("Defendants") to show cause why Defendants should not be sanctioned for their failure to comply with a court order by failing to participate in the preparation of a Joint Scheduling Report. (ECF No. 11.)  The Court ordered Defendants to prepare and file a Joint Scheduling Report by 4:00 p.m. on Friday, May 3, 2013.

On May 2, 2013, Defendants filed two separate documents, both titled "Joint Scheduling Report."  (ECF Nos. 12, 13.)  Defendants' Joint Scheduling Reports fail to comply with the requirements of the Court's Order Setting Mandatory Scheduling Conference.  The Court's Order Setting Mandatory Scheduling Conference, issued in this case on February 6, 2013, sets forth the form and content of the Joint Scheduling Report.  (ECF No. 5.)

Instead of preparing and filing a Joint Scheduling Report that complied with the form and content requirements set forth in the Order Setting Mandatory Scheduling Conference,

Defendants filed two documents that simply describe Defendants' disagreements with the contentions set forth in the scheduling report filed by Plaintiff on April 30, 2013. (ECF No. 10.) The Court expressly ordered Defendants to coordinate with Plaintiff for the content of the report, but it is clear that Defendants failed to do so. (Order to Show Cause why Defs. Should not be Sanctioned for Failure to Comply with a Court Order 1:28-2:1.) It is further noted that the report is not even "joint" as it was only signed by Defendants and was not signed by Plaintiff. Since Defendants' Joint Scheduling Report does not comply with the Order Setting Mandatory Scheduling Conference and the Court's May 1 Order to Show Cause, Defendants' reports will be stricken from the record.[1]

Based upon the foregoing, it is HEREBY ORDERED that:

1.  Defendants' Joint Scheduling Reports, filed on May 2, 2013, shall be STRICKEN from the record (ECF Nos. 12, 13); and

2.  Defendants shall file a Joint Scheduling Report that complies with the requirements set forth in the Court's February 6, 2013 Order Setting Mandatory Scheduling Conference no later than 4:00 p.m. on Friday, May 3, 2013.

IT IS SO ORDERED.

Dated:   **May 2, 2013**

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Defendants have yet to file a response to the Court's order to show cause. Defendants' response is due by 4:00 p.m. on Friday, May 3, 2013.

2