1

2

3

4                    UNITED STATES DISTRICT COURT

5                    EASTERN DISTRICT OF CALIFORNIA

6

7   RONALD MOORE,                          CASE NO. CV F 13-0188 LJO SAB

8              Plaintiff,                   **ORDER AFTER SETTLEMENT**
                                            (Doc. 23.)
9        vs.

10  GURCHARAN RAKKAR, et al.,

11             Defendants.
    _____/_____

12

13        Plaintiff's counsel notified this Court that settlement has been reached among all parties.

14  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than June 20, 2013,**

15  to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why

16  the action has not been dismissed.

17        This Court VACATES all pending matters and dates.

18        Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

19  parties who contributed to violation of this order.  *See* Local Rules160 and 272.  This Court

20  ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and

21  this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

22

23

24

25  IT IS SO ORDERED.

26  Dated:   **May 20, 2013**              _____/s/ Lawrence J. O'Neill_____
                                           UNITED STATES DISTRICT JUDGE

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28