# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | CASE NO. CV F 13-0188 LJO SAB |
| Plaintiff, | **ORDER TO REINSTATE ORDER TO SHOW CAUSE HEARING** |
| vs. | (Doc. 23.) |
| GURCHARAN RAKKAR, et al., | Date: May 24, 2013<br>Time: 3 p.m. |
| Defendants. | Dept.: 9 – U.S. Magistrate Judge Stanley A. Boone |

This Court's May 21, 2013 Order After Settlement (doc. 24) inadvertently vacated the May 24, 2013 order to show cause hearing before U.S. Magistrate Judge Stanley A. Boone. The order to show cause hearing **will proceed** as set by Magistrate Judge Boone's May 8, 2013 order (doc. 20). The Order After Settlement otherwise remains in effect. This Court ORDERS counsel Stephen R. Cloud Sr. to telephone chambers staff attorney Gary Green at (559) 499-5683 to confirm Mr. Cloud's acknowledgment that the order to show cause hearing remains on calendar. This Court ADMONISHES Mr. Cloud that failure to appear at the show cause hearing will subject him to further sanctions, including monetary sanctions and revocation of his admission to appear as counsel in the U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **May 22, 2013**      /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

1