# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>        Plaintiff,<br><br>   vs.<br><br>GURCHARAN RAKKAR, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. CV F 13-0188 LJO SAB<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 28.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   June 4, 2013**           /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE